**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 3:25-cr-0062** |
| | ) | |
| **AILINA ARMAZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge entered on May 20, 2026, ECF No. 82, recommending that the Defendant's plea of guilty to Count Two of the Information, Possession with Intent to Distribute Marijuana, in violation Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2, be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 82, is **ADOPTED;** it is further

**ORDERED** that Defendant Ailina Armaz's plea of guilty as to Count Two of the Information, is **ACCEPTED**, and that Ailina Armaz is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties **no later than July 23, 2026;** it is further

*United States v. Armaz*
Case No. 3:25-cr-0062
Order
Page **2** of **2**

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office **no later than August 6, 2026;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court **no later than August 20, 2026;** it is further

**ORDERED** that the parties shall file their sentencing memoranda **no later September 10, 2026**; and it is further

**ORDERED** that a sentencing hearing shall be held on **September 25, 2026, at 9:30 A.M.** in S. Thomas Courtroom No. 1 before Chief Judge Robert A. Molloy.

**Dated:** June 12, 2026                    */s/ Robert A. Molloy*
                                    **ROBERT A. MOLLOY**
                                    **Chief Judge**